**RECEIVED** AE

NOV 2 6 2007 MB
Nov 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Kori Tylon Taylor

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

07CV6644
JUDGE NORGLE
MAGISTRATE JUDGE SCHENKIER

vs.

Case _____
(To be supplied by the Clerk of this Court)

Officer Waterloo (#6226)
Officer Johnson (#1994)
Lake County Jail
Sergeant. Navarro
Lieutenant D. Wathen
Jennifer Witherspoon

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Kori Tylon Taylor

   B. Date of Birth: December 22, 1984 (12-22-84)

   C. List all aliases: N/A

   D. Prisoner identification number: L115254

   E. Place of present confinement: Lake County Jail

   F. Address: P.O. Box 38 Waukegan, Illinois 60079

   (If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Officer Waterloo (#6226)

      Title: Lake County Jail Officer

      Place of Employment: Lake County Jail

   B. Defendant: Officer Johnson (#1994)

      Title: Lake County Jail Officer

      Place of Employment: Lake County Jail

   C. Defendant: Lake County Jail

      Title: Robert H. Babcox Center

      Place of Employment: Lake County Jail

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 5/2007

Defendant: Sergeant Navarro
Title: Classification Sergeant
Place of Employment: Lake County Jail

Defendant: Lieutenant D. Wathen
Title: Administrative Lieutenant
Place of Employment: Lake County Jail

Defendant: Jennifer Witherspoon
Title: Chief of Corrections
Place of Employment: Lake County Jail

Defendant: Lake County Jail
Title: Robert H. Babcox Center
Place of Employment: Lake County Jail

(Defendants of Claim #2)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: (N/A)

   B. Approximate date of filing lawsuit: (N/A)

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: (N/A)

   D. List all defendants: (N/A)

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): (N/A)

   F. Name of judge to whom case was assigned: (N/A)

   G. Basic claim made: (N/A)

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): (N/A)

   I. Approximate date of disposition: (N/A)

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV.  Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(Claim #1) On Friday October 12, 2007 (10/12/07) while out for my hour out in the Punitive Segragation Unit in Lake County Jail. The County of Lake along with the following individuals and entity, in their individual capacities failed to provide me with safe and humane treatment given with respect impartially and fairness. Officers Waterloo and Officer Johnson, under the responsibility of the Lake County Jail, Did in fact violate my Civil and 8th amendment rights by releasing inmate (Ryan Rice) into the dayroom in the Punitive Segragation Unit in which I (Kori Tylon Taylor) was "already" located. The acts of Officer Waterloo and Officer Johnson caused Myself (Kori Tylon Taylor) to be attacked by Inmate (Ryan Rice) Officers Waterloo and Officer Johnson did not take reasonable measures to garuntee the safety of Myself (Kori Tylon Taylor).
(End of Claim #1)

(Claim #2)

On 11·12·07 I Kori T. Taylor was placed on Level (2) and classified as a dangerous Inmate by Lake County Sheriffs Adult Correctional Division.

For each reason that the Lake County Sheriffs Adult Correctional Division classified me (Kori T. Taylor) as a dangerous inmate/Level 2. I have not been found guilty for any offense, therefore this is (cruel and unusual punishment), due to the fact that being classified as a level 2 dangerous inmate requires your Mattress and bedding to be taken for approximately 14½ hours a day, Sunday through Saturday. This is not safe and humane treatment given with respect impartiality and fairness. The people in charge of this Level 2 program are Sergeant Navarro, Lieutenant D. Walthen, Jennifer Witherspoon, and Lake County Jail.

(Relief for Claim #2): For the unjust behavior of Sergeant Navarro, Lieutenant Walthen, Chief Jennifer Witherspoon, and Lake County Jail I want $1,000.00 for each day spent in the punitive Segragation Unit without a Mattress due to level 2. $1,000,000 for Mental Anguish, Cruel and Unusual Punishment, Pain and Suffering, Depression, and Stress. $250,000 in punitive damages and all lawyer cost paid.

Revised 5/2007

*Relief for claim\**

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

For the unjust behavior of Officer Waterloo, Officer Johnson, and Lake County Jail, I want $500.00 for each day spent in the Punitive Segregation Unit that I am being punished for this incident, $500,000 for Pain and Suffering, Depression, Stress, and Mental Anguish, $500,000 in punitive damages for failure to provide reasonable measures for the safety of myself (Kori Tylon Taylor), and all Lawyer cost paid.

VI.   The plaintiff demands that the case be tried by a jury.   ☐ YES   ☑ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 17th day of November 20 07

_(K. T.)_
(Signature of plaintiff or plaintiffs)

(Kori Tylon Taylor)
(Print name)

(L 115254)
(I.D. Number)

P.O. BOX 38
WAUKEGAN, ILLINOIS
                    60079
(Address)

6

Revised 5/2007