**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Civil Cover Sheet

FILED AE
NOV 2 6 2007 NF
nov 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** KORI TYLON TAYLOR

**Defendant(s):** OFFICER WATERLOO, etc., et al.

**County of Residence:** LAKE

**County of Residence:**

**Plaintiff's Address:**
Kori Tylon Taylor
L-115254
Lake - LCJ
P.O. Box 38
Waukegan, IL 60086

**Defendant's Attorney:**

07CV6644
JUDGE NORGLE
MAGISTRATE JUDGE SCHENKIER

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Condition

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** M. Burke   **Date:** 11/16/07