**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Kori Tylon Taylor | **COURT CASE NUMBER** 07C6644 |
| **DEFENDANT** Officer Waterloo, et al. | **TYPE OF PROCESS** S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Lake County Jail, Robert H. Babcox Center

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Lake County Jail, 20 S. County Street, Waukegan, Il 60079

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kori Tylon Taylor, L-115254
Lake-LCJ, P.O. Box 38
Waukegan, Il 60086

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
Jan 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT   TELEPHONE NUMBER   DATE 12-20-07

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 3 of 6 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk TD | Date 12-20-07

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Officer Marshall ATA
[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above) | Date of Service 1/10/08 | Time 2:40 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: One Service fee charged same action + case. See process sheet #1 for charges. 90 miles RT  3 hrs.

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)