# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kori Tylon Taylor | 07C6644 |
| DEFENDANT | TYPE OF PROCESS |
| Officer Waterloo, et al. | S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Officer Johnson, #1994

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Lake County Jail, 20 S. County Street, Waukegan, Il 60079

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kori Tylon Taylor, L-115254
Lake-LCJ, P.O. Box 38
Waukegan, Il 60086

Number of process to be served with this Form - 285: [crossed out]
Number of parties to be served in this case: [crossed out]
Check for service on U.S.A.: [crossed out]

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
JAN 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 12-20-07

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 4 of 6
District of Origin No. 24
District to Serve No. 24
Signature of Authorized USMS Deputy or Clerk: TD
Date: 12-20-07

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Officer Marshall ATA

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 1/16/08
Time: 2:40 pm
Signature of U.S. Marshal or Deputy: [signature]

REMARKS: One service fee charged same location + case. See process sheet #1 for charges. 90 miles RT 3 hrs.

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)