# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 07 C 6644

Kori Tylon Taylor v. Officer John Waterloo, Officer Joseph Johnson, Lake County Jail, Sergeant Dale Navarro, Lieutenant David Wathen, Jennifer Witherspoon

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lake County Sheriff's Corrections Officer John Waterloo, Lake County Sheriff's Corrections Officer Joseph Johnson, Lake County Jail, Lake County Sheriff's Corrections Sergeant Dale Navarro, Lake County Sheriff's Corrections Lieutenant David Wathen, Lake County Sheriff's Chief of Corrections, Jennifer Witherspoon

| | |
|---|---|
| NAME (Type or print) <br> Jennifer McDonnell, Assistant State's Attorney | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jennifer McDonnell | |
| FIRM <br> Michael J. Waller, Lake County State's Attorney's Office | |
| STREET ADDRESS <br> 18 North County Street, 3rd Floor | |
| CITY/STATE/ZIP <br> Waukegan, IL 60085 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06239295 | TELEPHONE NUMBER <br> 847-377-3050 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |