## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **KORI TYLON TAYLOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 07 C 6644** |
| | ) | |
| **OFFICER WATERLOO (#6226)** | ) | |
| **OFFICER JOHNSON (#1994)** | ) | **Judge Norgle** |
| **LAKE COUNTY JAIL** | ) | |
| **SERGEANT NAVARRO** | ) | **Magistrate Judge Schenkier** |
| **LIEUTENANT D. WATHEN** | ) | |
| **JENNIFER WITHERSPOON,** | ) | |
| **Defendants.** | ) | |

### DEFENDANTS' MOTION TO ENLARGE TIME

Defendants Lake County Sheriff's Corrections Officer John Waterloo, Lake County Sheriff's Corrections Officer Joseph Johnson, Lake County Jail, Lake County Sheriff's Corrections Sergeant Dale Navarro, Lake County Sheriff's Corrections Lieutenant David Wathen and Lake County Sheriff's Chief of Corrections, Jennifer Witherspoon, by and through their attorneys, MICHAEL J. WALLER, State's Attorney of Lake County, Illinois, and JENNIFER MCDONNELL and DANIEL L. JASICA, Assistant State's Attorneys for Lake County, respectfully move this Honorable Court pursuant to F.R.CIV.P.6 for an order enlarging the time for the defendants to file an answer or otherwise plead in response to plaintiff's Complaint. In support of this motion, the defendants state as follows:

1.  On January 14, 2008, plaintiff served the Complaint for the above matter upon the defendants.

2.    Due to the need to investigate this matter further and the press of other matters, counsel for the defendants will be unable to prepare a response to plaintiff's Complaint within 20 days as provided by F.R.CIV.P.12.

3.    Defendants are requesting an additional thirty five (35) days to file an answer or otherwise plead.

Wherefore, the defendants respectfully request the Court grant this motion and allow the defendants until March 10, 2008 to respond to plaintiff's Complaint.


MICHAEL J. WALLER
State's Attorney of Lake County

s/Jennifer McDonnell
Assistant State's Attorney


Michael J. Waller
State's Attorney of Lake County
Jennifer McDonnell #06239295
Daniel L. Jasica #06237373
Assistant State's Attorney
18 North County Street, 3rd Floor
Waukegan, IL 60085
(847) 377-3050