IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KORI TYLON TAYLOR, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07 C 6644 |
| OFFICER WATERLOO (#6226) OFFICER JOHNSON (#1994) LAKE COUNTY JAIL SERGEANT NAVARRO LIEUTENANT D. WATHEN JENNIFER WITHERSPOON, | ) Judge Norgle ) ) Magistrate Judge Schenkier |
| Defendants. | ) |

## NOTICE OF MOTION

To: Kori Tylon Taylor
L11S254
P.O. Box 38
Waukegan, IL 60079

Please take notice that on Friday, February 8, 2008, at 9:30 a.m., the undersigned shall appear before the Honorable Judge Norgle, and then and there present the Defendants' Motion to Enlarge Time. A copy of which is attached hereto and hereby served upon you.

s/Jennifer McDonnell
Assistant State's Attorney

Michael J. Waller
State's Attorney of Lake County
Jennifer McDonnell #06239295
Daniel L. Jasica #06237373
Assistant State's Attorneys
18 North County Street
Waukegan, IL 60085
(847) 377-3050

## CERTIFICATE OF SERVICE

I, Jennifer McDonnell, an attorney, certify that I served a copy of the foregoing Notice of Motion and Motion by U.S. mail addressed to Kori Tylon Taylor, at the above address on February 1, 2008.

s/Jennifer McDonnell