IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **KORI TYLON TAYLOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6644 |
| | ) | |
| **OFFICER WATERLOO (#6226)** | ) | |
| **OFFICER JOHNSON (#1994)** | ) | Judge Norgle |
| **LAKE COUNTY JAIL** | ) | |
| **SERGEANT NAVARRO** | ) | Magistrate Judge Schenkier |
| **LIEUTENANT D. WATHEN** | ) | |
| **JENNIFER WITHERSPOON,** | ) | |
| **Defendants.** | ) | |

<u>NOTICE OF FILING</u>

To:   Kori Tylon Taylor
      L11S254
      P.O. Box 38
      Waukegan, IL 60079

    Please take notice that on Monday, March 10, 2008, the undersigned caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the Answer to Complaint, a copy of which is attached hereto and herewith served upon you.

                                          By:   <u>s/Jennifer McDonnell</u>
                                                 Assistant State's Attorney

Jennifer McDonnell #6239295
Assistant State's Attorney
18 North County Street
Waukegan, IL 60085
(847) 377-3050

<u>CERTIFICATE OF SERVICE</u>

    I, Jennifer McDonnell, an attorney, certify that I served a copy of the foregoing Notice of Filing and Answer to Complaint by U.S. mail addressed to Kori Tylon Taylor, at the above address on March 10, 2008.

                                            By:   <u>s/Jennifer McDonnell</u>
                                                 Assistant State's Attorney