# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | CHARLES R. NORGLE | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6644 | DATE | 3-12-08 |
| CASE TITLE | Kori Tylon Taylor (#L-115254) vs. Officer Waterloo, et al. | | |

**DOCKET ENTRY TEXT:**

This case is set for an initial status/scheduling ~~conference~~ on 4/4, 2008, at 10:30.

*[signature: Charles Norgle]*

■ [Docketing to mail notices.]

mjm